UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:09-CR-0003 DPJ LRA

DAVID ESPINO and
HECTOR MARQUEZ

## ORDER OF DISMISSAL OF COUNTS 2 AND 3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 3 of the Indictment against defendants DAVID ESPINO and HECTOR MARQUEZ without prejudice.

Respectfully submitted,

STAN HARRIS
Acting United States Attorney

/s/Dave Fulcher
By: DAVE FULCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 3 as to defendants DAVID ESPINO and HECTOR MARQUEZ.

**SO ORDERED AND ADJUDGED** this the 31th day of July, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE